# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BLAAUW** | : CIVIL ACTION |
| **v.** | : |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security** | : NO. 19-2161 |

## ORDER

**NOW**, this 7th day of April, 2020, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 14), the defendant's response, the plaintiff's reply, and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Document No. 17), and the Defendant's Objections to the Magistrate Judge's Report and Recommendation, and the Plaintiff's Response to Defendant's Objections to Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The defendant's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The plaintiff's request for review is **GRANTED**; and,

4. This matter is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

/s/ TIMOTHY J. SAVAGE J.